IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENDALE STEWART,

    Plaintiff,

v.

RICHARD F. RICE AND FOX, FOX S.C., CAPITAL NEWSPAPERS, INC., CAPITAL TIMES NEWSPAPERS, FOLEY & LARDNER, DEPARTMENT OF WORKFORCE DEVELOPMENT, AEROTEK, SYNERGY WEB GRAPHICS, INC., CROCKETT TECHNOLOGIES, PRO-ACTIVE ENGINEERING, INC., SARIS CYCLING GROUP, TRANSPORTATION SECURITY ADMINISTRATION, SARA LEE BAKERY, A.M. MAILING SERVICES, LLC, HARLAN SPRAGUE DAWLEY, INC., UNITED VACCINES, INC., THERMAL SPRAY TECHNOLOGIES, INC., SCIENTIFIC LABORATORIES, INC., WALGREEN'S DISTRIBUTION CENTER, UW HOSPITAL AND CLINICS, FRANKLIN FUELING, HOME HEALTH UNITED, HOSPICE CARE, INC, TOWN AND COUNTRY ELECTRIC, FOUR LAKES LABEL, KELLY SERVICES, STEVE BROWN APARTMENTS and MADISON AREA TECHNICAL COLLEGE,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-339-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff's case against Capital Newspapers, Inc. and Capital Times Newspapers under the doctrine of claim preclusion; dismissing plaintiff's case against Richard F. Rice and Fox & Fox, S.C. for lack of subject matter jurisdiction; and dismissing plaintiff's case against the remaining defendants for failure to state a claim upon which relief may be granted.

_____       6/21/12
Peter Oppeneer, Clerk of Court             Date